IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-CR-488 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER JONES, | ) | **UNITED STATES' MOTION FOR A** |
| | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | ) | Re: iPhone 14 |

The United States of America respectfully requests that the Court review and approve the attached proposed Preliminary Order of Forfeiture. In support of this motion, the undersigned counsel respectfully represents that defendant Alexander Jones agreed to the forfeiture of the subject property as part of his written plea agreement (R. 13) entered at the arraignment/plea hearing held on October 26, 2023.

                Respectfully submitted,

                Rebecca C. Lutzko
                U.S. Attorney, Northern District of Ohio

          By: /s/ James L. Morford       .
              James L. Morford (Ohio: 0005657)
              Assistant United States Attorney, N.D. Ohio
              Carl B. Stokes U.S. Court House
              801 West Superior Avenue, Suite 400
              Cleveland, Ohio 44113
              216.622.3743 / James.Morford@usdoj.gov